# Michael M. Baden, M.D.

15 West 53rd Street, Suite 18
New York, New York 10019

Telephone: (212) 397-2732        Facsimile: (212) 397-2754

21 September 2009

*Via e-mail:* [wrsmith@smithandjenkins.com](mailto:wrsmith@smithandjenkins.com)

Wilson R. Smith, Esq.
Smith and Jenkins, P.C.
Post Office Box 529
Vidalia, Georgia 30475-0529

    *Re:    James Christopher Allen, deceased*

Dear Attorney Smith:

    I have reviewed the autopsy report, Coroner death investigation report, death certificate, Georgia Bureau of Investigation file, police and sheriff department reports, Tazer information, supplemental reports of Deputy Bernard Cooks and Lt. Randy Harkleroad, medical records and the Complaint that you sent to me relative to the death of Mr. James Christopher Allen.

    Mr. Allen, 30 years old, called 911 three times between 2:02 and 2:10 a.m. on May 9, 2007, because "demons were trying to get him." Two months earlier, on March 9th, he had been brought by police to the Bacon County Hospital Emergency Room complaining of auditory and visual hallucinations and that people were trying to get him. At that time physicians noted that he was agitated and paranoid and diagnosed that he was suffering from a drug induced acute schizophrenic reaction caused by his

use of alcohol, cocaine and marijuana. They also noted that he had an abnormal electrocardiogram. Hospital personnel spoke with him, treated him and released him the same day without incident.

However, on May 9th, when Deputy Bernard Cooks, who knew Mr. Allen from prior contacts, arrived at his residence about 2:12 a.m. and found him confused, disoriented, hallucinating and talking about demons that were after him, instead of calling for an ambulance or for mental health assistance, he called for police backup. About 2:41 a.m., after Officer Harkleroad had arrived and after Mr. Allen lay prone on the ground and placed his right hand behind his back but not his left hand, the two officers rapidly tazed him more than one-half dozen times. He was lifeless when they arrived at the Bacon County Sheriff's Office Complex about 2:50 a.m. He was pronounced dead at the Bacon County Hospital Emergency Room about 3:25 a.m. Hospital personnel noted two Tazer probes still embedded in his left lower back and a "cluster of six puncture wounds to his right upper back." His temperature was not elevated.

At autopsy the medical examiner noted many fresh bruises and a number of Tazer injuries to his back and lower extremities. Cocaine was present. The medical examiner interpreted Mr. Allen's paranoid behavior and presence of cocaine as evidence of excited delirium and not of a drug induced acute schizophrenic reaction. The autopsy also showed that Mr. Allen suffered from severe pre-existing heart disease

with 90% narrowing of his coronary arteries by arteriosclerotic plaque formation, and thickening of his left ventricle. No acute changes were present. The Bacon County Coroner certified the cause of death as due to "Cocaine induced excited delirium. Background of coronary arteriosclerotic disease."

It is my opinion, to a reasonable degree of medical certainty, based on my 45 years experience as a forensic pathologist and medical examiner, and on the materials that I have thus far reviewed, that Mr. Allen was having another self-limited acute schizophrenic reaction caused by his drug abuse, that he should not have been tazed, that the tazing was done improperly, that he should have been brought directly to the hospital for medical care and that the repeated tazing of him caused his death by triggering off a fatal coronary arrhythmia.

Yours very truly,

Michael M. Baden, M.D.
Former Chief Medical Examiner,
 City of New York

MMB:ph